IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02286-RBJ

DANIEL BARIA,

    Plaintiff,

v.

BLACK GOLD CONSTRUCTION, INC., a Colorado corporation

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice [docket #26].

It is ordered that the motion is granted and this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 6th day of August, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge